BOXBERGER, Appellant, v. BROOKLYN HEIGHTS R. CO. et al., Respondents. (Su-

preme Court, Appellate Division, Second Department. July 24, 1903.) Action by Elizabeth Boxberger, as administratrix, etc., of Raymond Boxberger, deceased, against the Brooklyn Heights Railroad Company and James Burke. No opinion. Order modified, by inserting a provision requiring the defendants to pay the costs of the trial and all disbursements in the action to date, together with the costs of this appeal, all to be paid within 20 days from the entry of this order; otherwise, order reversed, and judgment unanimously directed on the verdict, with costs and costs of this appeal.